IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HUMBERTO DELGADO, JR.,
Inmate No. T76137,
    Plaintiff,

vs.   Case No.: 3:19cv2980/MCR/EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On March 10, 2020, the court issued an order directing Plaintiff to provide three identical and complete service copies of his complaint within thirty (30) days (*see* ECF No. 15). Plaintiff failed to provide the service copies by the deadline; therefore, on April 15, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 17). By order entered May 8, 2020, the court extended the deadline to June 1, 2020 (*see* ECF No. 19). That date has passed, and Plaintiff has failed to provide the service copies of his complaint.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of June 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.